THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES HEFFRON, Appellant.— The testimony offered to show prior inconsistent statements of the witness Haslett was not collateral to the issue. If competent, its importance was great. It was excluded expressly by the trial court upon an untenable theory. We think that the exclusion of this evidence worked injury to the defendant. Judgment of conviction and orders reversed and a new trial granted. Thomas, Carr, Rich and Putnam, JJ., concurred; Jenks, P. J., not voting.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID MENDOZA, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Thomas, Carr, Rich and Putnam, JJ., concurred; Jenks, P. J., not voting.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PAUL MILLER, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Thomas, Carr, Rich and Putnam, JJ., concurred; Jenks, P. J., not voting.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALEXANDER SILVERMAN, alias ABE SILVERFEIN, Appellant.— The defendant took the stand as a witness, and inquiry was made of him as to the commission by him of crimes separate and distinct from those alleged in the indictment. He denied the commission of those crimes. A witness, who was a prosecuting officer, was permitted to testify that in a confession wherein the defendant admitted the commission of the crimes for which he was indicted, the defendant admitted that he committed the separate and distinct crimes which upon the stand he denied he committed. We think the reception of this evidence is reversible error. (*People* v. *Loomis*, 178 N. Y. 400; *People* v. *De Garmo*, 179 id. 130; *People* v. *Sekeson*, 111 App. Div. 490; *People* v. *Irving*, 95 N. Y. 541, 543.) Judgment of conviction of the County Court of Kings county reversed and a new trial ordered. Thomas, Carr, Stapleton and Mills, JJ., concurred; Rich, J., not voting.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ISIDORE SITKOFF, Appellant.— Judgment of conviction affirmed. No opinion. Carr, Stapleton, Mills and Rich, JJ., concurred; Jenks, P. J., not voting.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARGARET SMITH, Appellant.— Judgment of conviction of the County Court of Kings county reversed and a new trial ordered, on the ground that the witness giving direct evidence was an accomplice as a matter of law, and that there was no other evidence tending to connect the defendant with the commission of the crime. Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JENNIE BUTLER, etc., Respondent, v. D. H. RALSTON, Special Deputy Commissioner of Excise for the Borough of Brooklyn, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.